IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURINDER SINGH SAINI,

    Plaintiff,                    No. CIV S-08-0149 FCD DAD PS

    v.

JOHN E. POTTER, Postmaster General,

    Defendant.                 ORDER

_____/

       Plaintiff has filed a second request for appointment of counsel together with a request for an interpreter. The court addressed plaintiff's requests during the status (pretrial scheduling) conference held in this case on June 20, 2008.

       Appointment of counsel is not a matter of right in civil cases. See Ivey v. Board of Regents, 673 F.2d 266, 269 (9th Cir. 1982). Although plaintiff has made a showing of indigency, plaintiff has not demonstrated any effort to secure counsel and has not shown that his claims have merit such that counsel should be appointed. See Bradshaw v. Zoological Soc'y of San Diego, 662 F.2d 1301, 1318 (9th Cir. 1981) (describing factors to be considered in ruling on a request for appointment of counsel). For these reasons, plaintiff's second request for appointment of counsel will be denied.

/////

1

1   The district court lacks authority to appoint an interpreter in a civil case except for
2   the discretionary appointment of an interpreter for the taking of witness testimony at trial. See
3   Fed. R. Civ. P. 43(d). See also Abbas v. Goord, No. 9:06-CV-0648 (NAM) (GJD), 2007 WL
4   2891631, at *5 (N.D.N.Y. Sep. 28, 2007) ("Plaintiff, as a civil litigant, has no entitlement to an
5   interpreter."); Desulma v. Correction Officer Goolsby, No. 98CIV.2078(RMB)(RLE), 1999 WL
6   147695, at *1 (S.D.N.Y. Mar. 16, 1999) ("In general, a pro se civil plaintiff is not entitled to an
7   interpreter or translator."). Cf. Fisch v. Republic of Poland, No. 07 CIV. 7204 (LAP)(KNF) 2007
8   WL 3120274, at *2 (S.D.N.Y. Oct. 23, 2007) ("No federal rule gives an indigent *pro se* plaintiff,
9   in a civil action, the right to a court-ordered translation of pre-trial documents."). Plaintiff's
10  request for an interpreter will therefore be denied with respect to pretrial proceedings.

11  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 21, 2008 request for
12  the appointment of counsel and an interpreter (docket # 13) is denied.

13  DATED: June 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\saini0149.reqs.den

2