IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURINDER SINGH SAINI,

    Plaintiff,                           No. CIV S-08-0149 FCD DAD PS

    v.

JOHN E. POTTER, Postmaster General,    ORDER

    Defendant.

_____/

        Plaintiff, who is proceeding pro se with this Title VII action, has filed a document in which he requests permission to withdraw this case and indicates that the case may be closed. Defendant has filed a notice of agreement with plaintiff's request for voluntary dismissal. Good cause appearing, IT IS ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) in accordance with plaintiff's unopposed request filed July 7, 2008, and the Clerk of the Court is directed to close the case.

DATED: July 9, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\saini0149.voldism